COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

FILED by JUN 2 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

DEFT: KAISER AKEL (J)   CASE NO: 00-6154-CR-JORDAN
AUSA: PAUL SCHWARTZ /pre/   ATTY: Mike Dutko (ret'd)
AGENT: FBI   VIOL: 18:1956(h)
PROCEEDING I/A ON SEALED INDICT.   RECOMMENDED BOND 150,000 CSB w/NEBBIA
BOND HEARING HELD - yes/(no)   COUNSEL APPOINTED _____
BOND SET @ 150,000 CSB w/Nebbia
SPECIAL CONDITIONS:
1) To be cosigned by: as directed
2) Rpt to PTS — x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to:

Ore tenus motion to unseal granted
advised of charges — temp cnsl
present

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: 6-28 / 11 / LSS
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN: 6-28 / 11 / LSS
                          REMOVAL HRG:
                          STATUS CONF:

Date: 6/21/00   Time: 11:00   FTL/LSS TAPE #00- 030   Begin: 2663  End: 3351

Rec'd in MIA Dkt 6/26                                    36/3