UNITED STATES OF AMERICA

v.

KAISER, AKEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-cr Jordan

[FILED by __ D.C. JUN 2 2000 CLARENCE MADDOX ... FT. LAUD.]

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

COMES NOW __Law offices of Bogenschutz & Dutko, P.A.__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) __Michael Dutko__

Counsel's Signature __Michael E. Dutko__

Address __600 So. Andrews Ave.__
__Ft. Laud, FLA__    Zip Code: __33301__

Telephone __(954) 452-1007__

51/3