## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | KAISER AKEL (B) | CASE NO: | 00-6154-CR-~~JORDAN~~ Dimitrouleas |
| AUSA: | PAUL SCHWARTZ  /pres | ATTY: | MIKE DUTKO, ESQ. /pres |
| AGENT: | | VIOL: | |

PROCEEDING: INQ RE CNSL / ARRAIGNMENT    RECOMMENDED BOND:

BOND HEARING HELD - yes / no    COUNSEL APPOINTED:

BOND SET @:    To be cosigned by:

FILED by ___ D.C.
JUN 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

---

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 6/30/00    TIME: 11:00 A.M.    FTL/LSS TAPE # 00 - 037    Begin: 1545    End: 1628

135/59