UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

KAISER AKEL

ARRAIGNMENT INFORMATION SHEET

FILED by ___ D.C.
JUN 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 30, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address: ___ON BOND FORM_____

                        _____

                        Telephone: _____

DEFENSE COUNSEL:        Name: ___Mike Dutko, Esq_____

                        Address: _____

                        _____

                        Telephone: _____

BOND SET/CONTINUED:     $_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __30TH__ day of __JUNE_____, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Butler_____
    Deputy Clerk

Tape No. 00- _037_

cc: Copy for Judge
    U. S. Attorney

