**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6154-CR-~~JORDAN~~ WPD

**UNITED STATES OF AMERICA,**

   Plaintiff,

vs.

**KAISER AKEL,**

   Defendant.
_____/

### NOTICE OF APPEARANCE

COMES NOW the Defendant, KAISER AKEL, by and through undersigned counsel, and informs the Court and the State of Florida that the Law Firm of BOGENSCHUTZ & DUTKO, P.A., will be representing the Defendant in the above-styled cause.

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was hand-delivered this 30th day of June, 2000, to: PAUL SCHWARTZ, Assistant U.S. Attorney, Office of the U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394.

> BOGENSCHUTZ & DUTKO, P.A.
> Attorneys for Defendant
> Colonial Bank Building, Suite 500
> 600 South Andrews Avenue
> Fort Lauderdale, FL 33301
> 954-764-2500
>
> BY: _____
> MICHAEL E. DUTKO
> Florida Bar No. 434957

