**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6154-CR-DIMITROULEAS**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**

**KAISER AKEL,**

    **Defendant.**

_____/

### NOTICE OF UNAVAILABILITY

MICHAEL E. DUTKO, Esquire of the Law Offices of Bogenschutz & Dutko, P.A., counsel for Defendant, KAISER AKEL, in the above-captioned matter, hereby gives notice that he will be absent from this jurisdiction beginning Monday, July 7, 2000, through and including July 28, 2000.

Therefore, undersigned counsel requests that no motions, hearings or trials be scheduled during this time period, and hereby moves for a continuance if any are so set. Additionally, undersigned counsel requests that no depositions be set during the above-described time period and moves for a protective order if any are so set. The undersigned requests that this notice serve as a Motion for Extension of Time on due dates for answering discovery, producing documents, complying with Court Orders, as well as any and all other legal matters during my absence from the jurisdiction.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Unavailability was furnished by U.S. Mail this 7th day of July, 2000, to: PAUL SCHWARTZ, Assistant



U.S. Attorney, Office of the U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394.

>BOGENSCHUTZ & DUTKO, P.A.
>Attorneys for Defendant
>Colonial Bank Building, Suite 500
>600 South Andrews Avenue
>Fort Lauderdale, FL 33301
>954-764-2500
>
>BY: _____
>MICHAEL E. DUTKO
>Florida Bar No. 434957

- 2 -