AO 442 (Rev. 12/85) Warrant for Arrest   AUSA PAUL F. SCHWARTZ   FBI S/A JOE CICINI

## United States District Court

SOUTHERN DISTRICT OF S.  FLORIDA   48/43/

UNITED STATES OF AMERICA

00 JUL 10 PM 2:35

V.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

KAISER AKEL

**WARRANT FOR ARREST**

CASE NUMBER: 00-6154

CR-JORDAN

TO: The United States Marshal
and any Authorized United States Officer

MAGISTRATE JUDGE
BANDSTRA

YOU ARE HEREBY COMMANDED to arrest   KAISER AKEL
                                       Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Money laundering conspiracy

in violation of Title 18 United States Code, Section(s) 1962(d), 1956(h)

RECEIVED 2000 JUN -6 PM 4:24 UNITED STATES MARSHAL SOUTHERN DISTRICT OF FLORIDA FT. LAUD. OFFICE

CLARENCE MADDOX                           COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                   Title of Issuing Officer

[Signature]                               6/6/00 - Fort Lauderdale, Florida
Signature of Issuing Officer              Date and Location

Bail fixed at $150,000 Corporate Surety Bond with Nebbia   by   BARRY S. SELTZER
                                                                UNITED STATES MAGISTRATE JUDGE
                                                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/6/00 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 6/21/00 | FOR: FBI | Fred Depompa, SDUSM |