**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KAISER AKEL, et al.,

    Defendants.
_____/

FILED by _____ D.C.

JUL 1 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

COMES NOW the Defendant, KAISER AKEL, by and through undersigned counsel, and hereby respectfully moves this Court to continue the trial date presently scheduled in the above-captioned matter for the two-week calendar of August 7, 2000, at 9:00 a.m., and as grounds therefor would show as follows:

1. That the Defendant, KAISER AKEL, appeared before this Court for Arraignment on June 30, 2000;

2. That on or about July 3, 2000, the Defendant, by and through undersigned counsel, received the Government's Response to the Standing Discovery Order wherein the government stated it is in possession of 133 cassette tape recordings containing approximately 1,000 conversations regarding court authorized wire



interceptions. The government further stated it is in possession of approximately 41 cassette tape recordings corresponding to consensually recorded conversations;

3. That because of the enormous volume of the tapes and transcripts, as well as the complexity and magnitude of this case, undersigned counsel will need additional time within which to review the government's discovery submission in this matter and prepare for trial;

4. That in addition to the foregoing, on or about July 10, 2000, undersigned counsel filed a Notice of Unavailability wherein he advised the Court that he will be absent from this jurisdiction beginning Monday, July 7, 2000, through and including July 28, 2000. A copy of said Notice of Unavailability is attached hereto;

5. That the Defendant, KAISER AKEL, hereby waives any right to speedy trial pursuant to 18 U.S.C. §3161 *et seq.*

### CERTIFICATION UNDER LOCAL RULE 88.9

That pursuant to Local Rule 88.9, undersigned counsel has conferred with Assistant U.S. Attorney Paul F. Schwartz (954-356-7329) who has stated that he has no objection to continuing the trial of this cause.

WHEREFORE, the Defendant, KAISER AKEL, by and through undersigned counsel, hereby moves for a continuance of this trial in order to allow counsel and the Defendant to obtain full discovery and to adequately prepare a defense to the charges herein.

I, KAISER AKEL, waive any right to speedy trial pursuant to 18 U.S.C. §3161, *et seq.*

_____
KAISER AKEL, Defendant

SWORN TO AND SUBSCRIBED before me this 18th day of July, 2000, by Defendant, KAISER AKEL, who is personally known to me and who executed the foregoing Waiver of Speedy Trial freely and voluntarily for the purposes expressed herein.

OFFICIAL NOTARY SEAL
JEAN HANAU
NOTARY PUBLIC, STATE OF FLORIDA
COMMISSION NO. CC674099
MY COMMISSION EXP. SEPT. 12, 2001

_____
Notary Public, State of Florida

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Defendant's Motion to Continue Trial Date has been furnished by U.S. Mail this 18th day of July, 2000, to all counsel listed on the attached Certificate of Service List.

Respectfully submitted,

BOGENSCHUTZ & DUTKO, P.A.
Attorneys for Defendant
Colonial Bank Building, Suite 500
600 South Andrews Avenue
Fort Lauderdale, FL 33301
954-764-2500

BY: _____
MICHAEL E. DUTKO
Florida Bar No. 434957

- 3 -

### CERTIFICATE OF SERVICE LIST

Paul F. Schwartz, Esquire
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394

Allen Kaufman, Esquire
2900 North Dixie Highway, Suite 201
Oakland Park, FL 33334-2666
(Counsel for Reynolds Maragni)

H. Dohn Williams, Esquire
721 NE 3rd Avenue
Fort Lauderdale, FL 33304
(Counsel for Joseph Rotunno)

William Norris, Esquire
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133-4741
(Counsel for Percy Morris)

Dennis R. Bedard, Esquire
1717 N. Bayshore Drive, Suite 102
Miami, FL 33132
(Counsel for Bert Caskill)

Jim Stark, Esquire
524 S. Andrews Avenue, Suite 304N
Fort Lauderdale, FL 33301
(Counsel for Gary Braeseke)

Ira Loewy, Esquire
800 Brickell Avenue, Penthouse #2
Miami, FL 33131
(Counsel for Martin Halpern)

Simon T. Steckel, Esquire
701 Brickell Avenue, Suite 3260
Miami, FL 33131
(Counsel for William Hawkins)

Philip R. Horowitz, Esquire
Southpark Centre
12651 S. Dixie Highway
Miami, FL 33156
(Counsel for James Travers)

Raymond Miller, Esquire
400 Southeast 6th Street
Fort Lauderdale, FL 33301
(Counsel for Martin Zarcadoolas)

John Cotrone, Esquire
509 SE 9th Street
Fort Lauderdale, FL 33316
(Counsel for Michael Eddy)

Thomas D. Sclafani, Esquire
200 East Broward Boulevard, Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Richard D'Onofrio)

Herb Cohen, Esquire
200 SE 6th Street, Suite 205
Fort Lauderdale, FL 33301
(Counsel for Scott Miller)

Michael Hursey, Esquire
One River Plaza
305 S. Andrews Avenue, Suite 701
Fort Lauderdale, FL 33301-1853
(Counsel for Jeanne Brooks)

Martin Bidwell, Esquire
Federal Public Defender's Office
101 NE 3rd Avenue, Suite 202
Fort Lauderdale, FL 33301-1100
(Counsel for Emro Capri)

Larry Bronson, Esquire
80 Pine Street, 32nd Floor
New York, NY 10005
(Counsel for Barbara Drezek)

- 4 -



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KAISER AKEL,

    Defendant.
_____/

## NOTICE OF UNAVAILABILITY

MICHAEL E. DUTKO, Esquire of the Law Offices of Bogenschutz & Dutko, P.A., counsel for Defendant, KAISER AKEL, in the above-captioned matter, hereby gives notice that he will be absent from this jurisdiction beginning Monday, July 7, 2000, through and including July 28, 2000.

Therefore, undersigned counsel requests that no motions, hearings or trials be scheduled during this time period, and hereby moves for a continuance if any are so set. Additionally, undersigned counsel requests that no depositions be set during the above-described time period and moves for a protective order if any are so set. The undersigned requests that this notice serve as a Motion for Extension of Time on due dates for answering discovery, producing documents, complying with Court Orders, as well as any and all other legal matters during my absence from the jurisdiction.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Unavailability was furnished by U.S. Mail this 7th day of July, 2000, to: PAUL SCHWARTZ, Assistant

U.S. Attorney, Office of the U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394.

BOGENSCHUTZ & DUTKO, P.A.
Attorneys for Defendant
Colonial Bank Building, Suite 500
600 South Andrews Avenue
Fort Lauderdale, FL 33301
954-764-2500

BY: _/s/ Michael E. Dutko_
MICHAEL E. DUTKO
Florida Bar No. 434957

- 2 -