**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KAISER AKEL, et al.,

    Defendants.
_____/

### ORDER

THIS CAUSE having come before this Honorable Court for consideration on Defendant, KAISER AKEL'S, Motion to Continue Trial Date scheduled for the two-week calendar of August 7, 2000, at 9:00 a.m. filed herein, and the Court having reviewed the file and being otherwise fully advised in the premises, it is hereupon

ORDERED AND ADJUDGED that said Motion be, and the same is hereby _denied without prejudice to renew at the calendar call_

DONE AND ORDERED in Chambers, at Fort Lauderdale, Broward County, Florida this _19_ day of _July_, 2000.

WILLIAM P. DIMITROULEAS
United States District Court Judge

Copies Furnished:

Counsel on attached
Certificate of Service List



**CERTIFICATE OF SERVICE LIST**

Paul F. Schwartz, Esquire
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394

Allen Kaufman, Esquire
2900 North Dixie Highway, Suite 201
Oakland Park, FL 33334-2666
(Counsel for Reynolds Maragni)

H. Dohn Williams, Esquire
721 NE 3rd Avenue
Fort Lauderdale, FL 33304
(Counsel for Joseph Rotunno)

William Norris, Esquire
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133-4741
(Counsel for Percy Morris)

Dennis R. Bedard, Esquire
1717 N. Bayshore Drive, Suite 102
Miami, FL 33132
(Counsel for Bert Caskill)

Jim Stark, Esquire
524 S. Andrews Avenue, Suite 304N
Fort Lauderdale, FL 33301
(Counsel for Gary Braeseke)

Ira Loewy, Esquire
800 Brickell Avenue, Penthouse #2
Miami, FL 33131
(Counsel for Martin Halpern)

Simon T. Steckel, Esquire
701 Brickell Avenue, Suite 3260
Miami, FL 33131
(Counsel for William Hawkins)

Philip R. Horowitz, Esquire
Southpark Centre
12651 S. Dixie Highway
Miami, FL 33156
(Counsel for James Travers)

Raymond Miller, Esquire
400 Southeast 6th Street
Fort Lauderdale, FL 33301
(Counsel for Martin Zarcadoolas)

John Cotrone, Esquire
509 SE 9th Street
Fort Lauderdale, FL 33316
(Counsel for Michael Eddy)

Thomas D. Sclafani, Esquire
200 East Broward Boulevard, Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Richard D'Onofrio)

Herb Cohen, Esquire
200 SE 6th Street, Suite 205
Fort Lauderdale, FL 33301
(Counsel for Scott Miller)

Michael Hursey, Esquire
One River Plaza
305 S. Andrews Avenue, Suite 701
Fort Lauderdale, FL 33301-1853
(Counsel for Jeanne Brooks)

Martin Bidwell, Esquire
Federal Public Defender's Office
101 NE 3rd Avenue, Suite 202
Fort Lauderdale, FL 33301-1100
(Counsel for Emro Capri)

Larry Bronson, Esquire
80 Pine Street, 32nd Floor
New York, NY 10005
(Counsel for Barbara Drezek)

Michael E. Dutko, Esquire
600 South Andrews Avenue, Suite 500
Fort Lauderdale, FL 33301
(Counsel for Kaiser Akel)