FILED by _____ D.C.
APPEAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | . CASE NO. 00-6154-CR-JORDAN |
| PLAINTIFF, | . MIAMI, FLORIDA |
| | . JUNE 27, 2000 |
| V. | . 2:00 P.M. |
| REYNOLDS MARAGNI, ET AL., | . |
| DEFENDANTS. | . |

TRANSCRIPT OF ARRAIGNMENT OF PERCY MORRIS AND PRETRIAL

DETENTION HEARING FOR JOSEPH ROTUNNO

HAD BEFORE THE HONORABLE STEPHEN T. BROWN,

UNITED STATES MAGISTRATE JUDGE.

- - - - -

PAGES 1 THROUGH 62

- - - - -

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING, TRANSCRIPT PRODUCED BY COMPUTER.

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(305) 523-5568

```
APPEARANCES:

FOR THE GOVERNMENT:    PAUL F. SCHWARTZ
                       JULIA STILLER
                       ASSISTANT U.S. ATTORNEYS
                       99 N.E. 4TH STREET
                       MIAMI, FLORIDA  33132

FOR THE DEFENDANT      H. DOHN WILLIAMS, JR., ESQ.
ROTUNNO                721 N.E. 3RD AVENUE
                       P.O. BOX 1722
                       FT. LAUDERDALE, FLORIDA  33302

FOR THE DEFENDANT      WILLIAM M. MORRIS, ESQ.
MORRIS:                3225 AVIATION AVENUE, SUITE 300
                       COCONUT GROVE, FLORIDA  33133

FOR THE DEFENDANT      ALAN KAUFMAN, ESQ. (PHONETIC)
MARAGNI:

COURT REPORTER:        FRANCINE C. SALOPEK, R.M.R.
                       OFFICIAL COURT REPORTER
                       UNITED STATES DISTRICT COURT
                       301 NORTH MIAMI AVENUE, ROOM 804
                       MIAMI, FLORIDA  33128-7709
                       (305)523-5568

                          - - - - -
```

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING, TRANSCRIPT PRODUCED BY COMPUTER.

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**