## CRIMINAL MINUTES

FILED by _____ D.C.

AUG 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6154-CR-WPD    DATE: August 4, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Reynolds Moragni, et al

U.S. ATTORNEY: Paul Schwartz    DEFT. COUNSEL: See attached

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Defts' joint motion to continue are granted. Court finds that the time from today until trial is deemed excludable under Speedy Trial Act.

Pretrial motion deadline is 9/11/00

JUDGMENT: _____

CASE CONTINUED TO: 10/20/00    TIME: 9:00    FOR: Cal. Call
MISC: 10/23/00    9:00    2 Week trial period

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Honorable William P. Dimitrouleas                                   Courtroom 203E

  

### Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **4** 9:00 AM Aug 2000 |  | Calendar Call/Status Conference | 00-6154-CR-WPD  UNITED STATES OF AMERICA  Paul Schwartz, AUSA  VS.  REYNOLDS MARAGNI (B)  Allen Kaufman, Esq.  563-6624  JOSEPH ROTUNNO (J) #55368-004  H. Dohn williams, Esq.  523-5432  PERCY MORRIS (J) # 55353-004  William Norris, Esq.  305-860-0988  BERT CASKILL (B)  Dennis Bodard, Esq. *Kelly Rork for*  305-530-0795  GARY BRAESEKE (B)  James Stark, Esq.  522-3307  EMRO CAPRI (B)  Martin Bidwill, AFPD + *Robert Berube*  356-7436  DANIEL MEISEL (B) — *Reset to 8/8 @ 8:15*  Herbert Cohen, Esq.  766-8820  WILLIAM HAWKINS  Simon Steckle, Esq.  305-373-1900  JAMES TRAVERS (B)  Philip Horowitz, Esq.  305-232-1949  MARTIN ZARCADOOLAS (B)  Raymond Miller, Esq.  *+ DAVID Finklor*  462-3668  MICHAEL EDDY (B)  John Cotrone, Esq.  779-7773 |

**Honorable William P. Dimitrouleas**    Courtroom 203E



Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **4** 9:00 AM<br>Aug<br>2000 | | Calendar<br>Call/Status<br>Conference | 00-6154-CR-WPD<br><br>UNITED STATES OF AMERICA<br>Paul Schwartz, AUSA<br><br>VS.<br><br>KAISER AKEL (B) — *Reset 8/8 @ 8:45*<br>Michael Dutko, Esq.<br>452-1007<br><br>RICHARD D'ONOFRIO (B)<br>Thomas Sclarani, Esq. *Michael Hursey /72*<br>761-7201<br><br>SCOTT MILLER (B) - *reset 8/8 @ 8:45*<br>Herbert Cohen, Esq.<br>766-8820<br><br>JEANNE BROOKS (B)<br>Michael Hursey, Esq. |
| 9:05 AM | | Calendar<br>Call/Status<br>Conference | 95-232-CR-WPD<br><br>UNITED STATES OF AMERICA<br>Lois Foster-Steers, AUSA<br><br>VS.<br><br>DAVID JOBSON (J) # 46631-004<br>Philip Horowitz, Esq. |
| 11:00 AM | | Sentencing | 99-575-CR-WPD<br><br>UNITED STATES OF AMERICA<br>Dana Washington, AUSA<br><br>VS.<br><br>ANGEL BLANCO (B)<br>Joaquin Perez, Esq.<br>305-261-4000<br><br>SPANISH INTERPRETER REQUIRED |