FILED by

AUG 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff,

CASE NO. 00-6154-CR-DIMITROULEAS

vs.

**ORDER GRANTING CONTINUANCE**

MARTIN HALPERN
DANIEL MEISEL
KAISER AKEL
SCOTT MILLER

Defendant.
_____/

This matter having come before the Court on August 8, 2000 on Defendants' Joint Motion to Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing October 23, 2000 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on **October 20, 2000, at 9:00** A.M. o'clock. The Deadline for filing all Pre-Trial Motions is September 11, 2000. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this ____8____ day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc: Paul Schwartz, AUSA
 Theodore Klein, Esq.
 Herbert Cohen, Esq.
 Michael Dutko, Esq.