UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KAISER AKEL, et al.,

    Defendant. _____/

### DEFENDANT/KAISER AKEL'S MOTION TO ADOPT MOTION TO SUPPRESS EVIDENCE FILED BY CO-DEFENDANT, JOSEPH ROTUNNO

COMES NOW the Defendant, KAISER AKEL, by and through undersigned counsel, and hereby files this Motion to Adopt Motion to Suppress filed by Co-Defendant, JOSEPH ROTUNNO, and as grounds therefor would show as follows:

1. That Co-Defendant, JOSEPH ROTUNNO, by and through his attorney, H. Dohn Williams, has filed or is in the process of filing a Motion to Suppress Evidence seized by virtue of an Order authorizing the interception of wire communications;

2. That Defendant, KAISER AKEL, is an aggrieved party, and as such, has standing to challenge the wire interception;

3. That it is respectfully submitted that the issues raised in Co-Defendant, ROTUNNO's, Motion and Memorandum of Law are equally applicable to Defendant, KAISER AKEL, and accordingly, undersigned counsel will respectfully request the opportunity to adopt said Motion;

4. That in allowing the Defendant, KAISER AKEL, by and through undersigned counsel, to adopt said Motion, will save time and unnecessary consumption of judicial resources;



### CERTIFICATION UNDER LOCAL RULE 88.9

That pursuant to Local Rule 88.9, undersigned counsel has made an attempt to confer with Assistant U.S. Attorney Paul F. Schwartz (954-356-7329) to inquire as to whether Mr. Schwartz has an objection to Defendant, KAISER AKEL, adopting Co-Defendant, JOSEPH ROTUNNO's, Motion to Suppress Evidence; however, Mr. Schwartz was unavailable for comment at the time of the filing of this Motion.

WHEREFORE, the Defendant, KAISER AKEL, by and through undersigned counsel, hereby requests this Honorable Court enter an Order granting Defendant, KAISER AKEL's, Motion to Adopt Motion to Suppress filed by Co-Defendant, JOSEPH ROTUNNO.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Defendant's Motion to Adopt Motion to Suppress filed by Co-Defendant, JOSEPH ROTUNNO, has been furnished by U.S. Mail this 11th day of September, 2000, to all counsel listed on the attached Certificate of Service List.

>BOGENSCHUTZ & DUTKO, P.A.
>Attorneys for Defendant
>Colonial Bank Building, Suite 500
>600 South Andrews Avenue
>Fort Lauderdale, FL  33301
>954-764-2500
>
>BY: _/s/ Michael E. Dutko_
>MICHAEL E. DUTKO
>Florida Bar No. 434957

### CERTIFICATE OF SERVICE LIST

Paul F. Schwartz, Esquire
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394

Allen Kaufman, Esquire
2900 North Dixie Highway, Suite 201
Oakland Park, FL 33334-2666
(Counsel for Reynolds Maragni)

H. Dohn Williams, Esquire
721 NE 3rd Avenue
Fort Lauderdale, FL 33304
(Counsel for Joseph Rotunno)

William Norris, Esquire
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133-4741
(Counsel for Percy Morris)

Dennis R. Bedard, Esquire
1717 N. Bayshore Drive, Suite 102
Miami, FL 33132
(Counsel for Bert Caskill)

Jim Stark, Esquire
524 S. Andrews Avenue, Suite 304N
Fort Lauderdale, FL 33301
(Counsel for Gary Braeseke)

Ira Loewy, Esquire
800 Brickell Avenue, Penthouse #2
Miami, FL 33131
(Counsel for Martin Halpern)

Simon T. Steckel, Esquire
701 Brickell Avenue, Suite 3260
Miami, FL 33131
(Counsel for William Hawkins)

Philip R. Horowitz, Esquire
Southpark Centre
12651 S. Dixie Highway
Miami, FL 33156
(Counsel for James Travers)

Raymond Miller, Esquire
400 Southeast 6th Street
Fort Lauderdale, FL 33301
(Counsel for Martin Zarcadoolas)

John Cotrone, Esquire
509 SE 9th Street
Fort Lauderdale, FL 33316
(Counsel for Michael Eddy)

Thomas D. Sclafani, Esquire
200 East Broward Boulevard, Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Richard D'Onofrio)

Herb Cohen, Esquire
200 SE 6th Street, Suite 205
Fort Lauderdale, FL 33301
(Counsel for Scott Miller)

Michael Hursey, Esquire
One River Plaza
305 S. Andrews Avenue, Suite 701
Fort Lauderdale, FL 33301-1853
(Counsel for Jeanne Brooks)

Martin Bidwell, Esquire
Federal Public Defender's Office
101 NE 3rd Avenue, Suite 202
Fort Lauderdale, FL 33301-1100
(Counsel for Emro Capri)

Larry Bronson, Esquire
80 Pine Street, 32nd Floor
New York, NY 10005
(Counsel for Barbara Drezek)

- 3 -

LAW OFFICES OF BOGENSCHUTZ & DUTKO, P.A.
COLONIAL BANK BUILDING • 600 SOUTH ANDREWS AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33301 • (954) 764-2500 • FAX (954) 764-5040

