UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KAISER AKEL, et al.,

    Defendants.

_____/

FILED by _____ D.C.

SEP 12 2000

CLARENCE MA____
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before this Honorable Court for consideration on Defendant, KAISER AKEL'S, Motion to Adopt Motion to Suppress filed by Co-Defendant, JOSEPH ROTUNNO, filed herein, and the Court having reviewed the file and being otherwise fully advised in the premises, it is hereupon

ORDERED AND ADJUDGED that said Motion be, and the same is hereby _Granted_.

DONE AND ORDERED in Chambers, at Fort Lauderdale, Broward County, Florida this _12_ day of _September_, 2000.

WILLIAM P. DIMITROULEAS
United States District Court Judge

Copies Furnished:

~~Counsel on attached~~
~~Certificate of Service List~~

Paul Schwartz, AUSA
Michael Dutko, Esq