UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS(S)
18 U.S.C. 1956(h)

UNITED STATS OF AMERICA,

    Plaintiff,

v.

KAISER AKEL,

    Defendant.
_____/

## SUPERSEDING INFORMATION

The United States Attorney charges that:

From in or about November, 1998, and continuing thereafter to on or about June 6, 2000, at Broward County, in the Southern District of Florida and elsewhere, the defendant,

KAISER AKEL,

did knowingly conspire, confederate, and agree with other persons known and unknown to the Grand Jury to commit an offense against the United States, that is, to violate Title 18, United States Code, Section 1957.

## THE PURPOSE AND OBJECT OF THE CONSPIRACY

It was the purpose and object of the conspiracy to knowingly and willfully engage and attempt to engage in a monetary transaction in criminally derived property that is of a value greater than $10,000, and is derived from specified unlawful



activity, that is, the operation of illegal gambling businesses, in violation of Title 18, United States Code, Section 1955.

All in violation of Title 18, United States Code, Section 1956(h).


_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. __00-6154-CR-DIMITROULEAS(S)__ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY**\* |
| KAISER AKEL | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)    Yes ___    No _X_
Number of New Defendants ___
Total number of counts    __1__

___ Miami    ___ Key West
_X_ FTL    ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) __No__
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)      (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _x_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _x_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) __Yes__
   If yes:
   Judge: __Dimitrouleas__      Case No. __00-6154-Cr-Dimitrouleas__
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: __99-4618-Snow (search warrant)__
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _x_ Yes ___ No    If yes, was it pending in the Central Region? _x_ Yes ___ No

   _[signature]_
   PAUL F. SCHWARTZ
   ASSISTANT UNITED STATES ATTORNEY
   COURT I.D. # A5500086

\*Penalty Sheet(s) attached      REV.4/7/99

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET**

Defendant's Name: __KAISER AKEL_____  No: _00-6154-CR-DIMITROULEAS(s)_

Count #: 1    18 U.S.C. 1956(h)    Conspiracy to Engage in Monetary Transactions in Property Derived from Specified Unlawful Activities

*Max. Penalty: 10 years' imprisonment and up to a $250,000 fine or twice the value of the criminally derived property involved in the transaction

Count #:
*Max. Penalty:

Count #:
*Max. Penalty:

Count #:
*Max. Penalty:

Count #:
*Max. Penalty:

Count #:
*Max. Penalty:

Count #:
*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution,