**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | | | |
|---|---|---|---|
| DEFT: | KAISER AKEL (B) | CASE NO: | 00-6154-CR-DIMITROULEAS (s) |
| AUSA: | PAUL SCHWARTZ /Kay | ATTY: | MIKE DUTKO, ESQ. – pres |
| AGENT: | | VIOL: | |
| PROCEEDING: | ARRAIGNMENT ON SUPERSEDING | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by __ D.C.
OCT 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

INFO
Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Waiver of Indictment executed

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | N/A | | | |
| STATUS CONFERENCE: | | | | |

DATE: 10/18/00    TIME: 11:00    FTL/LSS TAPE # 00 - 052    Begin: 2929    End: 3015