AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

__SOUTHERN DISTRICT OF FLORIDA__

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | CASE NUMBER: __00-6154-CR-DIMITROULEAS(S)__ |

KAISER AKEL

I, KAISER AKEL, the above named defendant, who is accused of Conspiracy to Engage in Monetary Transactions in Property Derived from Specified Unlawful Activities, in violation of Title 18, United States Code, Section 1956(h), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __Oct. 18ᵗʰ 2000__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

KAISER AKEL
Defendant.

MICHAEL DUTKO
Counsel for Defendant

Before _Lurana S. Snow_
UNITED STATES MAGISTRATE JUDGE

