UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS(s)

UNITED STATES OF AMERICA

vs

KAISER AKEL



ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on OCTOBER 18, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __CUSTODY_____

                     Telephone:_____

DEFENSE COUNSEL:     Name:____MICHAEL DUTKO, ESQ._____

                     Address:_____

                     Telephone:_____

BOND CONTINUED:    $_____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this __18TH__ day of __OCTOBER_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By _Jenny Butler_____
Deputy Clerk

Tape No. _00- O52_

cc: Copy for Judge
    U. S. Attorney

