**CRIMINAL MINUTES**

FILED by _____ D.C.
OCT 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-Cr-WPD     DATE: October 19, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Yasser Akel

U.S. ATTORNEY: Paul Schwartz     DEFT. COUNSEL: Michael Dutko

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter Guilty plea to Superceding Information. Gov't agrees to dismiss 2 ct Indictment.

JUDGMENT: _____

CASE CONTINUED TO: 12/29   TIME: 11:30   FOR: Sentencing

MISC: Written Plea Agreement.

442