**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KAISER AKEL,

    Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING SCHEDULED FOR DECEMBER 29, 2000

COMES NOW the Defendant, KAISER AKEL, by and through undersigned counsel, as well as the United States of America, by and through Assistant United States Attorney Paul F. Schwartz, and hereby respectfully move this Honorable Court to continue the Sentencing presently scheduled for December 29, 2000, at 11:30 a.m., and as grounds therefor would show as follows:

1. That the Defendant, KAISER AKEL, has entered a plea in this cause to a Superseding Information alleging a lesser included Money Laundering offense;

2. That Sentencing in this cause is presently scheduled for December 29, 2000, at 11:30 a.m.;

3. That the Government in this cause has already filed a 5K1.1 Certification based on the Defendant's cooperation in this cause;



LAW OFFICES OF BOGENSCHUTZ & DUTKO, P.A.
COLONIAL BANK BUILDING • 600 SOUTH ANDREWS AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33301 • (954) 764-2500 • FAX (954) 764-5040

4. That from the outset of his negotiations with the Government in this cause, the Defendant, KAISER AKEL, agreed to provide additional information and to cooperate in a criminal investigation which has led to a separately filed Indictment in the case styled as *United States of America vs. John Mamone, et al.*, Case No. 00-6309-CR Seitz;

5. That undersigned counsel avers on information and belief that the *Mamone* case is not scheduled for trial and is not expected to be resolved until at least late in the Spring of 2001;

6. That from the outset, it has been anticipated that in addition to a 5k1.1 Certification filed by Assistant United States Attorney Paul F. Schwartz on behalf of the Defendant, KAISER AKEL, other members of the United States Attorney's Office, as well as law enforcement officers involved in the other investigations, would appear and testify at Sentencing on behalf of Defendant, KAISER AKEL, so that the Court is fully apprised of the full nature and extent of his extraordinary cooperation;

7. That undersigned counsel has an abiding concern that, through no fault of his own, the Defendant, KAISER AKEL, will be prejudiced by proceeding to Sentencing on December 29, 2000, prior to being able to testify and/or otherwise cooperate in the *Mamone* case, and thus will not receive the full benefit of the bargain of his thorough and extensive cooperation with the United States of America.

### CERTIFICATION UNDER LOCAL RULE 88.9

That pursuant to Local Rule 88.9, undersigned counsel has conferred with Assistant United States Attorney Paul F. Schwartz (954-356-7329) who concurs that

- 2 -

it would be in the best interest of all parties for the Sentencing of Defendant, KAISER AKEL, to be deferred for a period of at least four (4) months or until the Defendant case testify and cooperate in the *Mamone* case. Undersigned counsel has also conferred with Assistant United States Attorney Brian McCormick (954-356-7255 ext. 3578), the prosecutor on the *Mamone* case, who does not have any objection to a continuance of the Sentencing of Defendant, KAISER AKEL.

WHEREFORE, the Defendant, KAISER AKEL, by and through undersigned counsel, hereby moves for this Honorable Court for entry of an Order continuing the Sentencing in the above-styled cause from December 29, 2000, for a period of at least four (4) months or until the Defendant case testify and cooperate in the *Mamone* case.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Defendant's Unopposed Motion to Continue Sentencing Scheduled for December 29, 2000, has been furnished by U.S. Mail this 14th day of December, 2000, to: PAUL F. SCHWARTZ, Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33394; and BRIAN McCORMICK, Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33394.

> BOGENSCHUTZ & DUTKO, P.A.
> Attorneys for Defendant
> Colonial Bank Building, Suite 500
> 600 South Andrews Avenue
> Fort Lauderdale, FL 33301
> 954-764-2500
>
> BY: *[signature]*
> MICHAEL E. DUTKO
> Florida Bar No. 434957

- 3 -