**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KAISER AKEL,

    Defendant.

_____/

### ORDER

THIS CAUSE having come before this Honorable Court for consideration on Defendant, KAISER AKEL'S, Unopposed Motion to Continue Sentencing Scheduled for December 29, 2000, and the Court having reviewed the file and being otherwise fully advised in the Premises, it is hereupon

ORDERED AND ADJUDGED that said Motion be, and the same is hereby _Granted. Sentencing is reset until January 26, 2001 at 11:30 A.M._

DONE AND ORDERED in Chambers, at Fort Lauderdale, Broward County, Florida this _15_ day of _December_, 2000.

WILLIAM P. DIMITROULEAS
United States District Court Judge

**Copies Furnished:**

Michael E. Dutko, Attorney for Defendant
Paul F. Schwartz, Assistant U.S. Attorney
Brian McCormick, Assistant U.S. Attorney
U.S. P.O.