UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.     CASE NO. 00-6154-CR-DIMITROULEAS

KAISER AKEL

TYPE OF CASE:     CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.     COURTROOM 203E
FT. LAUDERDALE, FL 33301     DATE & TIME:
**January 31, 2001 AT 10:00 A.M.**
**(Previously set for 1/26/01 at 11:30)**

TYPE OF     SENTENCING
HEARING:

CLARENCE MADDOX,
CLERK OF COURT

DATE: January 10, 2001     BY DEPUTY CLERK

cc:  Paul Schwartz, AUSA
     Michael Dutko, Esq.
     U.S. Probation Office