**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6154-CR-WPD    DATE: January 29, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Georgeann Stanley    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Kaiser Akee

U.S. ATTORNEY: Paul Schwartz    DEFT. COUNSEL: Michael Dutko

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed; 5 years probation with the first 180 days to be spent in home confinement without electronic monitoring; $6,000.00 Fine, $100.00 assessment.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: 5K1 motion filed & granted. Deft. Informed of Right to Appeal.