# United States District Court

## Southern District of Florida
### FORT LAUDERDALE DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| KAISER AKEL | Case Number: 0:00-06154-CR-014 |
| | Counsel For Defendant: **Michael Dutko, Esq.** |
| | Counsel For The United States: **Paul Schwartz, AUSA** |
| | Court Reporter: **Robert Ryckoff** |

**THE DEFENDANT:**

[X] pleaded guilty to count(s) **1s**

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] Was found guilty on count(s) _____ after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18 USC § 1956(h) and 1957 | Conspiracy to Engage in Monetary Transactions in Property Derived from Specific Unlawful Activity | 6/6/2000 | 1s |

The defendant is sentenced as provided in pages 2 through __7__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[X] Count(s) **All Remaining** (Is) (are) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **11/25/1960**
Defendant's USM Number: **55361-004**

Defendant's Residence Address:
5721 NW 60th Street
Parkland, FL 33067

Defendant's Mailing Address:
5721 NW 60th Street
Parkland, FL 33067

**January 29, 2001**
Date of Imposition of Judgment

Signature of Judicial Officer

**William P. Dimitrouleas**
**United States District Judge**

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By: _____ Deputy Clerk
Date: 1/30/01   Date: January 30, 2001

580

No further action required by
the U.S. Marshals Service.

James A Tassone
UNITED STATES MARSHAL

Robert Brogdus, SDUSM
Ed Purchase