ERS:sgw

Fax #530-7195

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
Case No. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

KAISER AKEL,

  Defendant.
_____

**SATISFACTION OF JUDGMENT**

  The assessment amount of **$100.00** restitution of **$6,000.00** having been paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.



          Respectfully Submitted,

          GUY A. LEWIS
          UNITED STATES ATTORNEY

Date: May 5, 2001  By: Elizabeth Ruf Stein
          Assistant U.S. Attorney

This Instrument Was Prepared By: Elizabeth R. Stein
          99 N.E. Fourth Street
          Miami, Florida 33132
          Tel: (305) 961-9313
          Bar No.354945
        Email: aflsol.po.estein.usdoj.gov